RECEIVED
SDNY PRO SE OFFICE
2015 JUL 23 A 9:10

7/8/15

To: Rudy Krajick (Clerk Court)
From: S Felder vs MSG (case 15 cv 4038/um)

How are you? I am sending you NY Daily News articles of MSG-J Dolan violating labor laws at workplace, and one of their sponsors Coca Cola outraged about mesuing MSG. Show this to the judge as evidence.

Do you know when a judge will be assigned to the case? I am still seeking legal assistance and want my case to go to trial in front of grandjury.

I want the public to see how disgraceful Radio City Music mistreated minority security officers like myself. This wasn't about money Ruby. I wanted a Transfer because Lisa Mendez created hostile working environment, verbally abused me at RCMH.

They made it personal by terminated me without cause last May 2014. Things was so bad for me financially, I had to borrow money from family.

A billion dollar industry like MSG twice deny me unemployment. Then someone from RCMH is telling potential job candidates that I'm a bad worker.

I mailed out over 20 resumes, I'm afraid someone from Radio City is telling potential job candidates bad things about me and that is injustice.

Let me know when the case begins. Me and witnesses wanna supeanean employees from MSG, Radio City to testify.

Claimant
Sean Felder

## MSG interns to get $795G

MSG CHIEF James Dolan agreed Wednesday to pony up $795,000 to interns who said they were cheated out of proper wages.

More than 1,600 interns who worked for Madison Square Garden between 2007 and 2011 are potentially eligible, according to documents filed in Manhattan Federal Court. New York Knicks and Rangers interns are eligible.

They argued they were improperly classified as interns when they were doing real work, such as handling ticket sales, recruiting sponsorships and more. MSG is one of many media and entertainment companies recently sued by interns.

*Stephen Rex Brown*



## Dolan broke worker laws: judge

**BY JENNIFER FERMINO**
NEW YORK DAILY NEWS

CABLEVISION CEO James Dolan violated numerous labor laws when he tried to stop workers in the Bronx from unionizing — including offering raises to employees to persuade them to vote against organizing, a judge ruled Thursday.

Administrative Law Judge Steven Fish of the National Labor Relations Board also found the company was guilty of trying to weaken its Brooklyn workers' union through tactics that included firing nearly two dozen pro-labor workers.

But the judge rejected the most serious allegation from the Communications Workers of America — that Cablevision wasn't bargaining in good faith — and tossed that charge from the complaint.

Dolan personally was found guilty of five infractions, including giving three speeches that tried to discourage workers from unionizing and offering benefits, wage increases and other perks to undercut labor.

Cablevision was cited for six offenses, including the highly publicized firing of 22 technicians in Brooklyn.

The judge ordered the company to give back pay to the technicians, who were eventually rehired.

Dolan personally was told to stop engaging in anti-union behavior.

A rep for Cablevision said it "strongly disagrees" with the judge's findings against Dolan and the company but is happy it was exonerated on some points.

Larry Cohen, the president of the CWA, said the ruling shows the "deliberate law-breaking of James Dolan."

# The Coca-Cola Company

CONSUMER AFFAIRS DEPARTMENT

P.O. Box 1734
Atlanta, GA, 30301

June 30, 2015

Mr. Sean Felder
2579D FREDERICK DOUGLASS BLVD
NEW YORK NY  10030-2101

Dear Mr. Felder,

The letter you sent to Mr. Mason has been shared with me for a response.

Thank you for contacting us at The Coca-Cola Company.  We appreciate hearing from our consumers.

As a consumer-oriented Company, it's extremely helpful to receive feedback.  We have shared your comments with the appropriate management.

If you have any other comments or questions, please feel free to write again or visit our web site at www.coca-cola.com.  Best wishes!

Sincerely,

*Pamela Teamer-Yisrael*

Pamela Teamer-Yisrael
Department Manager
Industry and Consumer Affairs

Serge Felder
2579 D 8th Ave
New York NY 10030

US District Court
500 Pearl St (rm 200)
ATT'n by Ruby Krajick (clerk for
NY NY 10007

NEW YORK NY 100
07 JUL 2015 PM 9 L

RECEIVED
SDNY PRO SE OFFICE
2015 JUL -8
USMP3 SDNY

10007